In the Matter of CATHERINE M. P. COLLERY, Appellant, against TEACHERS' RETIREMENT BOARD et al., Respondents.

Argued February 19, 1945; decided April 5, 1945.

*Thomas A. Dwyer* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Joseph G. De Vito* and *Joseph F. Mulqueen, Jr.,* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER and DYE, JJ.